# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jade Noyce,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Sedgwick Claims Management Services Incorporated, et al.,<br><br>　　　　　　　Defendants. | No. CV-13-00678-TUC-JGZ<br><br>**ORDER** |

　　　　Upon review of the parties' Stipulation of Dismissal (Doc. 19) and good cause appearing,

　　　　IT IS ORDERED THAT the Stipulation (Doc. 19) is GRANTED.  This matter is dismissed with prejudice, each party to bear its own costs and fees.

　　　　Dated this 24th day of June, 2014.

                                                   _____
                                                   Jennifer G. Zipps
                                                   United States District Judge